UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KALEB F., et al.,

        Plaintiffs,

    v.

DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT, et al.,

        Defendants.

Case No. 15-cv-01781-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 26, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: July 1, 2016.

DESIGNATION OF EXPERTS: 8/1/16; REBUTTAL: 8/15/16;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: August 31, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; September 2, 2016;
    Opp. Due: September 16, 2016; Reply Due: September 23, 2016;
    and set for hearing no later than October 7, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 20, 2016 at 3:30 PM.

JURY TRIAL DATE: January 9, 2017 at 8:30 AM.
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 12/8/15

SUSAN ILLSTON
United States District Judge