Jay T. Jambeck (SBN 226018)
Mandy G. Leigh (SBN 225748)
LEIGH LAW GROUP, P.C.
870 Market Street, Suite 1157
San Francisco, CA 94102
Telephone:    415-399-9155
Facsimile:    415-795-3733

*Attorneys for Plaintiffs*
SHAWNA FAIRGOOD on behalf of KALEB F.
 and KENYA F. and SHAWNA FAIRGOOD

### IN THE UNITED STATES DISTRICT FOR
### THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAWNA FAIRGOOD on behalf of KALEB F. and KENYA F. and SHAWNA FAIRGOOD individually,<br><br>    Plaintiffs,<br><br>  v.<br><br>DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT and DON OLSON, individually,<br><br>    Defendants. | Case No.   15-CV-01781 SI (NJV)<br><br>**[proposed] ORDER GRANTING PLAINTIFFS' MOTION TO APPROVE SETTLEMENT OF MINOR'S CLAIMS, FOR APPORTIONMENT OF SETTLEMENT PROCEEDS AND ORDERING CERTAIN FUNDS DEPOSITED INTO A BLOCKED ACCOUNT** |

Plaintiffs have filed a Motion to Approve Settlement of Minor's Claims and for Apportionment of Settlement Proceeds, and the Court, having reviewed the supporting papers, along with the record in this matter and receiving no opposition, and after a hearing at which counsel for the parties were present, hereby GRANTS Plaintiffs' motion as follows:

The Court approves the settlement in the amount of $110,000; payment of $44,000 in attorneys' fees to the Leigh Law Group; payment of $2,500 each directly to Plaintiffs KALEB F. and KENYA F. outside of the blocked account for the items set forth; payment of $33,500 for

KALEB F. and $21,500 for KENYA F. into blocked accounts at a federally insured financial institution along with use of MC-356 to acknowledge deposit of funds to the blocked account and payment of $6,000 to Shawna Fairgood.

Upon dismissal of this action, the Court shall retain jurisdiction of this matter for purposes of receiving motions to withdraw the settlement funds from the blocked accounts on appropriate grounds.

IT IS SO ORDERED.

DATED: 3/28/16

Hon. Susan Illston
DISTRICT COURT JUDGE